JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 9/2/08

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
SEP - 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EARL PIERCE,<br><br>    Petitioner,<br><br>vs.<br><br>M. MARTEL, Warden,<br><br>    Respondent. | Case No. CV 08-5516-RMT (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that this action is summarily dismissed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: AUG 29 2008

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP - 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

ROBERT M. TAKASUGI
UNITED STATES DISTRICT JUDGE